## Commonwealth, Appellant, v. Banks.

Argued June 11, 1973. *Martin H. Belsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *John W. Packel,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellee.

Order affirmed.

WATKINS, J., dissents.